UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 08-0743-AG(RNBx) | Date | July 11, 2008 |
|---|---|---|---|
| Title | RICHARD GALLAGHER and JOHANNA SANCHEZ V. AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, ET AL. | | |

| Present: The Honorable | ANDREW J. GUILFORD | | |
|---|---|---|---|
| Lisa Bredahl | None Present | | |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| Not Present | | Not Present | |

**Proceedings:** [IN CHAMBERS] ORDER TO SHOW CAUSE RE: REMOVAL JURISDICTION

On June 5, 2008, Defendant American Express Travel Related Services received a copy of the Complaint in this case. On June 6, 2008, Defendant Abercrombie & Kent, Inc., also received a copy of the Complaint. On July 7, 2008, both defendants jointly filed a Notice of Removal. The Notice of Removal states that it is timely because it was filed within the thirty-day time limit for removal set forth in 28 U.S.C. § 1446(b). The Court disagrees. July 7, 2008, is 31 days after June 6, 2008, and is 32 days after June 5, 2008. *See Unified Computer Systems, Inc. v. AT & T Corp.*, 298 F.3d 756, 762 (9th Cir. 2002) (recognizing the majority rule that the thirty-day removal period begins when the first defendant is served). Defendants appear to have missed the thirty-day deadline. Accordingly, the Court Orders the defendants to show cause, with documents filed by July 21, 2008, why this Court should not remand this case because of defendants' failure to timely move for removal.

|  | : | 0 |
|---|---|---|
| | Initials of Preparer | lmb |